■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS PEREZ, Appellant. — Judgment of the Supreme Court, Queens County (Leahy, J.), rendered September 17, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Queens County, for further proceedings pursuant to CPL 460. 50 (subd 5). Mollen, P. J., Titone, Gibbons and Thompson, JJ., concur.